IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-2880

**LILA WEBB**,

Plaintiff,

v.

**OFFICER CARA MCGEENEY**, in her individual capacity;
**COMMUNITY PAROLE OFFICER RHIANNON ADAMS**, in her individual capacity,

Defendants.

---

**ENTRY OF APPEARANCE**

---

To the Clerk of Court and all parties of record:

I certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff, Lila Webb.

Dated September 12, 2025.

/s/ Jason M. Kosloski
Jason M. Kosloski
KOSLOSKI LAW, PLLC
1401 Lawrence Street, Suite 1600
Denver, CO 80202
(720) 605-6487
jkosloski@kosloskilaw.com