AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:25-cv-02880-GPG**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Cara McGeeney**
was recieved by me on  **9/17/2025:**

☒   I personally served the summons on the individual at **161 Justice Center Rd, Canon City, CO 81212** on **09/22/2025 at 5:18 PM**; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   09/22/2025

*Server's signature*

**Elizabeth A Holm**
*Printed name and title*

**2330 Skyview Lane
Apt 281
Colorado Springs, CO 80904**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT AND JURY DEMAND,  to Cara McGeeney with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 18-25 years of age, 5'-5'4" tall and weighing 80-120 lbs.**




Tracking #: **0187472823**