AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **1:25-cv-02880-GPG**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Rhiannon Adams**
was recieved by me on  **10/07/2025:**

[X]  I personally served the summons on the individual at **4109 N Elizabeth St, Pueblo, CO 81008** on **10/07/2025 at 2:29 PM**; or

[ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]  I returned the summons unexecuted because ; or

[ ]  Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  10/07/2025

*Server's signature*

**Bruce Beauvais**
*Printed name and title*

**339 avocet loop**
**COLORADO SPRINGS, CO 80921-2425**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT AND JURY DEMAND,  to Rhiannon Adams with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 200-240 lbs.  I arrived at the Pueblo parole office and announced at the front window who I was here to see. She commented that she doesn't normally work out of this office so she never knows when she's here. I explained that I had just made arrangements with her and she said she would be back by about 2 o'clock and agreed to meet me. I waited for an additional 15 minutes or so, and the dependent came up to the window, verbally identified and accepted the documents, SUMMONS; COMPLAINT AND JURY DEMAND, . She was also wearing a flak jacket with her first initial and last name on it.**



Tracking #: **0189715048**

