# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25-CV-2880-GPG

LILA WEBB

    Plaintiff,

v.

OFFICER CARA MCGEENEY, in her individual capacity;
COMMUNITY PAROLE OFFICER RHIANNON ADAMS, in her individual capacity

    Defendants.

## ENTRY OF APPEARANCE

**ERIC M. ZIPORIN**, of the law firm **SGR, LLC**, hereby enters his appearance on behalf of Defendant, **OFFICER CARA MCGEENEY**, in her individual capacity.

Respectfully submitted this 13th day of October, 2025.

          **SGR, LLC**

          *s/* Eric M. Ziporin
          **Eric M. Ziporin**
          3900 E. Mexico Avenue, Suite 700
          Denver, Colorado 80210
          Email: eziporin@sgrllc.com

          *Attorney for Defendants Officer Cara Mcgeeney*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of October, 2025, I electronically filed a true and correct copy of the above and foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Kevin Mehr
Tyler Jolly
Mehr Jolly, P.L.L.C
9996 W. US. Highway 50, Unit 1090
Salida, CO 81201
Tyler@jollylaw.colorado.com
Kevin.Mehr@mehrjolly.com

Jason Kosloski
Kosloski, PLLC
1401 Lawrence Street
Denver, CO 80202
Jkosloski@koskoskilaw.com

*Counsel for Plaintiff*

/s/ Laurie O'Neill
Legal Secretary

2