IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-CV-2880-GPG

LILA WEBB

    Plaintiff,

v.

OFFICER CARA MCGEENEY, in her individual capacity;
COMMUNITY PAROLE OFFICER RHIANNON ADAMS, in her individual capacity

    Defendants.

---

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

---

Defendant, **OFFICER CARA MCGEENEY,** by and through her attorney, **ERIC M. ZIPORIN, ESQ.**, of the law firm **SGR, LLC**, and pursuant to D.C.COLO.LCivR 6.1, hereby submits her Unopposed Motion for Extension of Time to File Responsive Pleading as follows:

**CERTIFICATE OF CONFERRAL**

Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel conferred with Plaintiff's Counsel on October 9, 2025, prior to the filing of this motion. Plaintiff is unopposed to the requested relief.

**REQUESTED RELIEF**

1.     Defendant's deadline to respond to Plaintiff's Complaint is currently set for October 14, 2025.

2. Undersigned counsel was only recently retained to represent Defendant and requires additional time to evaluate Plaintiff's factual allegations and consult with his client on a responsive pleading strategy.

3. Undersigned counsel has not yet been able to meet with Defendant McGeeney in order to properly formulate a responsive pleading strategy.

4. As such, Defendant respectfully request the Court issue an Order extending her responsive pleading deadline by twenty-one (21) days, or up to and including November 3, 2025.

5. Defendant has not previously requested an extension of the responsive pleading deadline.

6. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel confirms that a copy of this motion has been served on his client.

**WHEREFORE**, for the reasons stated herein, Defendant respectfully requests that her responsive pleading deadline be extended to November 3, 2025.

Respectfully submitted, this 14th day of October, 2025.

Respectfully submitted,

**SGR, LLC**

 s/ Eric M. Ziporin
Eric M. Ziporin, # 30133
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
(303) 320-0509
eziporin@sgrllc.com

*Counsel for Defendant Cara McGeeney*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of October, 2025, I electronically filed a true and correct copy of the above and foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Kevin Mehr
Tyler Jolly
Mehr Jolly, P.L.L.C
9996 W. US. Highway 50, Unit 1090
Salida, CO 81201
Tyler@jollylaw.colorado.com
Kevin.Mehr@mehrjolly.com

Jason Kosloski
Kosloski, PLLC
1401 Lawrence Street
Denver, CO 80202
Jkosloski@kosloskilaw.com

*Counsel for Plaintiff*

 

            */s/ Laurie O'Neill*
            Legal Secretary

3