IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-CV-2880-GPG

LILA WEBB

    Plaintiff,

v.

OFFICER CARA MCGEENEY, in her individual capacity;
COMMUNITY PAROLE OFFICER RHIANNON ADAMS, in her individual capacity

    Defendants.

---

**ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

---

**THIS MATTER** comes before the Court on Defendant Officer Cara McGeeney's Unopposed Motion for Extension of Time to File Responsive Pleading, and being fully advised in the premises, it is hereby

**ORDERED** that the Defendant's motion is granted. Defendant shall have up to and including November 3rd, 2025, within which to file a responsive pleading in this matter.

**ENTERED** this _____ day of _____, 2025.

                                          **BY THE COURT:**

                                          _____
                                          District Court Judge