IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02880-GPG-MDB

LILA WEBB,

    Plaintiff,

v.

OFFICER CARA MCGEENEY, in her individual capacity;
COMMUNITY PAROLE OFFICER RHIANNON ADAMS, in her individual capacity,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendant Community Parole Officer Rhiannon Adams. All pleadings, correspondence, notices, and other documents should be sent to undersigned counsel at the address specified.

DATED at Denver, Colorado this 23rd day of October, 2025.

                        PHILIP J. WEISER
                        Attorney General

                        *s/ Amy E. Adams*
                        AMY E. ADAMS*
                        Assistant Attorney General
                        Civil Litigation & Employment Section
                        1300 Broadway, 10th Floor
                        Denver, CO 80203
                        Telephone: (720) 508-6827
                        FAX: (720) 508-6032
                        Email: Amy.Adams@coag.gov
                        *Counsel of Record

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the within NOTICE OF ENTRY OF APPEARANCE all parties herein by e-filing with the CM/ECF system maintained by the court on October 23, 2025, which will cause notification of such filing to be sent to the following:

Kevin Mehr, #49108
Tyler A. Jolly, #52361
Mehr Jolly, P.L.L.C.
9996 W U.S. Highway 50, Unit 1090
Salida, CO 81201
Phone: 719-315-4606
Kevin.Mehr@mehrjolly.com
Tyler@jollylawcolorado.com

Jason Kosloski, #50214
Kosloski, PLLC
1401 Lawrence Street
Denver, CO 80202
Phone: 720-605-6487
Jkosloski@koskloskilaw.com

*Attorneys for Plaintiff*

*Courtesy copy e-mailed to:*
Anthony DeCesaro, CDOC

*s/Jennifer Kaercher*