IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02880-GPG-MDB

LILA WEBB,

    Plaintiff,

v.

OFFICER CARA MCGEENEY, in her individual capacity;
COMMUNITY PAROLE OFFICER RHIANNON ADAMS, in her individual capacity,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendant Community Parole Officer Rhiannon Adams. All pleadings, correspondence, notices, and other documents should be sent to undersigned counsel at the address specified.

DATED at Denver, Colorado this 23rd day of October, 2025.

    PHILIP J. WEISER
    Attorney General

    *s/ Joshua G. Urquhart*
    JOSHUA G. URQUHART*
    Senior Assistant Attorney General
    Civil Litigation & Employment Section
    1300 Broadway, 10th Floor
    Denver, CO  80203
    Telephone: (720) 508-6569
    FAX: (720) 508-6032
    Email: Joshua.Urquhart@coag.gov
    *Counsel of Record

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the within NOTICE OF ENTRY OF APPEARANCE all parties herein by e-filing with the CM/ECF system maintained by the court on October 23, 2025, which will cause notification of such filing to be sent to the following:

| | |
|---|---|
| Kevin Mehr, #49108<br>Tyler A. Jolly, #52361<br>Mehr Jolly, P.L.L.C.<br>9996 W U.S. Highway 50, Unit 1090<br>Salida, CO 81201<br>Phone: 719-315-4606<br>Kevin.Mehr@mehrjolly.com<br>Tyler@jollylawcolorado.com<br><br>Jason Kosloski, #50214<br>Kosloski, PLLC<br>1401 Lawrence Street<br>Denver, CO 80202<br>Phone: 720-605-6487<br>Jkosloski@koskoskilaw.com<br><br>*Attorneys for Plaintiff* | *Courtesy copy e-mailed to:*<br>Anthony DeCesaro, CDOC |

                                                *s/Jennifer Kaercher*