IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02880-GPG-MDB

LILA WEBB,

    Plaintiff,

v.

OFFICER CARA MCGEENEY, in her individual capacity;
COMMUNITY PAROLE OFFICER RHIANNON ADAMS, in her individual capacity,

    Defendants.

## DEFENDANT RHIANNON ADAMS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (ECF NO. 1)

Defendant Community Parole Officer Rhiannon Adams ("Defendant Adams"), through the Colorado Attorney General, respectfully submits this motion requesting an extension of time to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1). In support thereof, Defendant Adams states the following:

    1.    **Certificate of Conferral.** Counsel for Defendant Adams conferred with counsel for Plaintiff regarding the extension requested herein. Counsel for Plaintiff stated Plaintiff does not oppose the extension.

    2.    Plaintiff Lila Webb, brought this action alleging claims under 24 U.S.C. §1983 and Colo. Rev. Stat. § 13-21-131. (ECF No. 1).

    3.    Defendant Adams was personally served on October 7, 2025. (ECF No. 9).

4. Defendant Adams' answer or other response to the Complaint is, therefore, due on or before October 28, 2025.

5. Defendant Adams respectfully requests an extension of time, up to and including November 28, 2025, to file an answer or other response to the Complaint.

6. Good cause exists for granting the requested relief. Undersigned counsel maintain heavy and active caseloads that have intensified recently after an attorney left her position within the Corrections Unit of the Colorado Attorney General's Office, requiring existing attorneys to absorb the casework of the former experienced attorney while her position remains vacant. Additionally, two Corrections Unit attorneys have been away from the office for the past two weeks participating in a trial requiring other unit attorneys to absorb additional duties during their absence. Further, undersigned lead counsel Assistant Attorney General Amy Adams has recently been engaged in, among other things, the following tasks: preparing an answer in *Gambrell, et al. v. Stancil, et al.*, U.S.D.C. Case No. 24-cv-01853-NYW-SBP; responding to a subpoena duces tecum in *Estate of Esquivel v. Williams, et al.* U.S.D.C. Case No. 24-cv-02213-CNS-TPO; preparing an answer in *Kassal v. CDOC, et al.,* U.S.D.C. Case No. 24-cv-00369-SBP; responding to discovery requests in *Martinez, et al. v. Stancil, et al.*, U.S.D.C. Case No. 23-cv-01782-PAB-MDB; and responding to discovery requests in *Nelson v. Stancil, et al.*, U.S.D.C. 24-cv-03588-PAB-TPO

7. Further, Senior Assistant Attorney General Joshua Urquhart has recently been engaged in: responding to a motion for clarification in *Scarver v. Stancil, et al.*, 21-cv-02149-DDD-KAS; preparing objections to 30b6 deposition topics and preparing 30b6

deposition witnesses in *McCranie v. Gavinski,* 23-cv-03347-PAB-KAS; preparing an answer in *Bradshaw v. Mayer, et al.,* 24-cv-00267-SBP; responding to discovery in *Vanderwal v. Langdon, et al.*, 25-cv-00735-RMR-TPO; and preparing a response to a motion to enforce in *Johnson v. Winegardener, et al.*, 24-cv-00853-RMR-SBP . Additional time is needed to investigate Plaintiff's claims in the instant action and prepare an appropriate response.

8.   This is Defendant Adam's first request for an extension of time to respond to the Complaint in this matter. This request is not made for the purpose of delay, and no party will be prejudiced by the requested extension of time.

For the foregoing reasons, Defendant Adams respectfully requests an extension of time up to and including November 28, 2025, to answer or otherwise respond to the Complaint.

DATED at Denver, Colorado this October 24, 2025.

        PHILIP J. WEISER
        Attorney General

        *s/ Amy E. Adams*
        AMY E. ADAMS*
        Assistant Attorney General
        Colorado Department of Law
        1300 Broadway, 10th Floor
        Denver, Colorado 80203
        Telephone: 720-508-6000
        E-Mail: amy.adams@coag.gov
        *Counsel of Record

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (ECF NO. 1) upon all parties herein by e-filing with the CM/ECF system maintained by the Court on October 24, 2025, which will cause notification of such filing to be sent to the following:

Kevin Mehr, #49108
Tyler A. Jolly, #52361
Mehr Jolly, P.L.L.C.
9996 W U.S. Highway 50, Unit 1090
Salida, CO 81201
Phone: 719-315-4606
Kevin.Mehr@mehrjolly.com
Tyler@jollylawcolorado.com

Jason Kosloski, #50214
Kosloski, PLLC
1401 Lawrence Street
Denver, CO 80202
Phone: 720-605-6487
Jkosloski@kosloskilaw.com

*Attorneys for Plaintiff*

Eric M. Ziporin, # 30133
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
(303) 320-0509
eziporin@sgrllc.com
*Attorney for Defendant Cara McGeeney*

*Courtesy copy e-mailed to:*
Anthony DeCesaro, CDOC

*s/Jennifer Kaercher*