IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-2880

LILA WEBB,

   Plaintiff,

   v.

OFFICER CARA MCGEENEY, in her individual capacity;

COMMUNITY PAROLE OFFICER RHIANNON ADAMS, in her individual capacity,

   Defendants.

___

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SCHEDULING ORDER**

___

Plaintiff, by and through her attorneys, Kevin Mehr, Tyler A. Jolly, and Jason Kosloski, respectfully submits this motion requesting an extension of time to file the scheduling order in the above-captioned case. In support thereof, Plaintiff states the following:

1. Certificate of Conferral. Counsel for the Plaintiff has conferred with counsel for Defendant McGeeney and Defendant Adams. Counsel for Defendant McGeeney and Defendant Adams do not object to this request to extend the deadline for filing the scheduling order.

2. On September 22, 2025, Magistrate Judge Maritza Dominguez Braswell set initial case deadlines including a deadline to submit a proposed scheduling order by November 5, 2025.

3. On October 24, 2025, Magistrate Judge Maritza Dominguez Braswell granted Defendant Adams' "Unopposed Motion for Extension of Time to Answer or Otherwise Respond" to Plaintiff's Complaint. Defendant Adams now has until and including November 28, 2025 to file her Answer or other responsive pleading.

4. As Defendant Adams' has not yet filed an Answer or responsive pleading, all Counsel believe that an extension to file the scheduling order would be more efficient than filing a scheduling order on November 5, 2025.

5. This request is not made for the purpose of delay, and no party will be prejudiced by the requested extension of time.

For the foregoing reasons, Plaintiff respectfully requests an extension of time up to and including December 12, 2025 to file a scheduling order with the Court.

Dated at Salida, Colorado this November 4, 2025.

 /s/ Tyler A. Jolly

Tyler A. Jolly
Attorney for Plaintiff
9996 West U.S. Hwy 50, Unit 1090
Salida, CO 81201
719-429-7359
Tyler@jollylawcolorado.com

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SCHEDULING ORDER** upon all parties herein by e-filing with the CM/ECF system maintained by the Court on November 4, 2025, which will cause notification of such filing to be sent to the following:

Eric M. Ziporin, # 30133

3900 E. Mexico Ave., Suite 700

Denver, CO 80210

(303) 320-0509

eziporin@sgrllc.com

Attorney for Defendant Cara McGeeney


AMY E. ADAMS
Assistant Attorney General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: 720-508-6000
E-Mail: amy.adams@coag.gov
Attorney for Defendant Rhiannon Adams

                                                       /s/ Tyler A. Jolly