IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02880-GPG-MDB

LILA WEBB,

    Plaintiff,

v.

OFFICER CARA MCGEENEY, in her individual capacity, and
COMMUNITY PAROLE OFFICER RHIANNON ADAMS, in her individual capacity,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Andrew D. Ringel, Esq., of Hall & Evans, L.L.C., hereby enters his appearance for Defendant Rhiannon Adams.

Dated this 5th day of January, 2026.

Respectfully submitted,

*s/ Andrew D. Ringel*
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
Tel: (303) 628-3300
Fax: (303) 628-3368
ringela@hallevans.com

**ATTORNEY FOR DEFENDANT
RHIANNON ADAMS**

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 5th day of January, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served on the below-listed persons via email:

Kevin A. Mehr, Esq.
kevin.mehr@mehrlawcolorado.com

Jason M. Kosloski, Esq.
jkosloski@koslowskilaw.com

Tyler A. Jolly, Esq.
tyler@jollylawcolorado.com

Eric M. Ziporin, Esq.
eziporin@sgrllc.com

Amy E.B. Adams, Esq.
amy.adams@coag.gov

Joshua G. Urguhart, Esq.
joshua.urquhart@coag.gov

                                      s/ *Erica Cameron*
                                      Legal Assistant
                                      Hall & Evans, L.L.C.