IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02880-GPG-MDB

LILA WEBB,

    Plaintiff,

v.

OFFICER CARA MCGEENEY, in her individual capacity;
COMMUNITY PAROLE OFFICE RHIANNON ADAMS, in her individual capacity,

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

    Pursuant to D.C.COLO.LAttyR 5(b), Senior Assistant Attorney General Joshua G. Urquhart respectfully moves to withdraw as counsel for Defendant Rhiannon Adams. In support of this motion, undersigned counsel states as follows:

    1.    Good cause exists for this motion, this case is being sent to Special Assistant Attorneys General Kevin P. McCaffrey and Andrew D. Ringel, of the law firm Hall & Evans LLC. Thus, Mr. Urquhart will no longer represent the Defendant in this case.

    2.    Special Assistant Attorneys General Kevin P. McCaffrey and Andrew D. Ringel, who are presently entered as counsel of record for the Defendant will continue such representation. Accordingly, the Defendant will not be impacted by the withdrawal of Mr. Urquhart as counsel of record.

3.  Under D.C.COLO.LAttyR 5(b), notice of Mr. Urquhart's withdrawal as defense counsel in this lawsuit has been provided to Plaintiff and Defendant, as certified in the Certificate of Service below.

WHEREFORE, undersigned counsel respectfully requests that this Court enter an order approving Mr. Urquhart's withdrawal as counsel of record and that electronic service to him in this matter via the CM/ECF system be terminated.

Respectfully submitted this 9th day of January, 2026.

PHILIP J. WEISER
Attorney General

*s/ Joshua G. Urquhart*
JOSHUA G. URQUHART*
Senior Assistant Attorney General
Colorado Department of Law
Civil Litigation & Employment Section
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: 720-508-6000
E-Mail: joshua.urquhart@coag.gov
*Attorney for Defendant Rhiannon Adams*
*Counsel of Record

## CERTIFICATE OF SERVICE

This is to certify that on January 9, 2026, I have duly served the within **MOTION TO WITHDRAW** upon all parties herein by E-Filing with the CM/ECF system maintained by the Court, which will send notifications to all counsel of record addressed as follows:

Kevin Mehr, #49108
Tyler A. Jolly, #52361
Mehr Jolly, P.L.L.C.
9996 W U.S. Highway 50, Unit 1090
Salida, CO 81201
Phone: 719-315-4606
Kevin.Mehr@mehrjolly.com
Tyler@jollylawcolorado.com

Jason Kosloski, #50214
Kosloski, PLLC
1401 Lawrence Street
Denver, CO 80202
Phone: 720-605-6487
Jkosloski@koskoskilaw.com

*Attorneys for Plaintiff*

Eric M. Ziporin, # 30133
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
(303) 320-0509
eziporin@sgrllc.com
*Attorney for Defendant Cara McGeeney*

Kevin P. McCaffrey
Andrew D. Ringel
Hall & Evans LLC
1001 Seventeenth St, Suite 300
Denver, CO 80202
Phone: 303-628-3300
mccaffreyk@hallevans.com
ringela@hallevans.com
*Attorneys for Defendant Rhiannon Adams*


*Courtesy copy e-mailed to:*
Anthony DeCesaro, CDOC


                                              *s/ Brittany Vigil*
                                              Brittany Vigil, Paralegal