IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02880-GPG-MDB

LILA WEBB

    Plaintiff,

v.

OFFICER CARA MCGEENEY, in her individual capacity;
COMMUNITY PAROLE OFFICER RHIANNON ADAMS, in her individual capacity

    Defendants.

---

### NOTICE OF SETTLEMENT OF CLAIMS AGAINST DEFENDANT OFFICER CARA MCGEENEY

---

Plaintiff, **LILA WEBB**, and Defendant, **OFFICER CARA MCGEENEY**, by and through their respective counsel, hereby notify the Court that a resolution has been reached in this case.

Plaintiff and Defendant McGeeney have reached a resolution of all claims. As part of that resolution, the parties will be filing a stipulated motion to amend the caption to add the City of Canon City, Colorado, as a named Defendant. Should that motion be granted by the Court, Plaintiff and Defendant McGeeney will be filing a stipulated Motion to Dismiss the claims against Defendant McGeeney, with prejudice.

Respectfully submitted this 2nd day of March, 2026.

*s/ Eric M. Ziporin*
Eric M. Ziporin, # 30133
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
(303) 320-0509
eziporin@sgrllc.com
*Counsel for Defendant Cara McGeeney*

*s/ Tyler Jolly*
Tyler Jolly
Kevin Mehr
Mehr Jolly, P.L.L.C
9996 W. US. Highway 50, Unit 1090
Salida, CO 81201
Tyler@jollylawcolorado.com
Kevin.Mehr@mehrjolly.com
*Co-Counsel for Plaintiff*

*s/ Jason Kosloski*
Jason Kosloski
Kosloski, PLLC
1401 Lawrence Street
Denver, CO 80202
Jkosloski@kosloskilaw.com
*Co-Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2nd day of March, 2026, I electronically filed a true and correct copy of the above and foregoing **NOTICE OF SETTLEMENT OF CLAIMS AGAINST DEFENDANT OFFICER CARA MCGEENEY** with the Clerk of Court using the CM/ECF system and electronically mailed a copy to the following:

Kevin Mehr
Tyler Jolly
Mehr Jolly, P.L.L.C
9996 W. US. Highway 50, Unit 1090
Salida, CO 81201
Tyler@jollylawcolorado.com
Kevin.Mehr@mehrjolly.com
*Co-Counsel for Plaintiff*

Jason Kosloski
Kosloski, PLLC
1401 Lawrence Street
Denver, CO 80202
Jkosloski@kosloskilaw.com
*Co-Counsel for Plaintiff*

Andrew D. Ringel
Kevin McCaffrey
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
ringela@hallevans.com
*Counsel for Defendant Rhiannon Adams*

*/s/ Mariel Juniper*
Legal Secretary