IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02880-GPG-MDB

LILA WEBB

    Plaintiff,

v.

OFFICER CARA MCGEENEY, in her individual capacity;
COMMUNITY PAROLE OFFICER RHIANNON ADAMS, in her individual capacity

    Defendants.

---

**STIPULATED MOTION TO AMEND CAPTION**

---

Plaintiff, **LILA WEBB,** by and through her attorneys, **MEHR JOLLY, P.L.L.C**, and Defendant, **OFFICER CARA MCGEENEY**, by and through her attorneys, **SGR, LLC**, hereby submit their Stipulated Motion to Amend Caption.

**IN SUPPORT THEREOF**, the parties state as follows:

1.     A resolution has been reached in this case.

2.     To effectuate the agreed-upon resolution, the parties respectfully request that the City of Canon City, Colorado (the "City") be added to the caption as a named Defendant.

3.     The attorneys for Defendant McGeeney have also been retained to represent the City.

4.     Once the City is added to the caption as a Defendant, the parties will file a stipulated motion to dismiss Defendant McGeeney with prejudice.

5.     Upon the finalization of the settlement between Plaintiff and the City, the parties will file a stipulated motion to dismiss the City, with prejudice, and request the case be closed.

**WHEREFORE**, the parties respectfully request that the Court enter an Order granting their Stipulated Motion to Amend the Caption to add the City of Canon City as a Defendant.

Respectfully submitted this 2nd day of March, 2026,

**Mehr Jolly, P.L.L.C**

By: */s/ Tyler Jolly*
Tyler Jolly
Kevin Mehr
*Co-Counsel for Plaintiff*

**Kosloski, P.L.L.C**

By: */s/ Jason Kosloski*
Jason Kosloski
*Co-Counsel for Plaintiff*

**SGR, LLC**

By: */s/ Eric M. Ziporin*
Eric M. Ziporin
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on this 2nd day of March, 2026, I electronically filed a true and correct copy of the above and foregoing **STIPULATED MOTION TO AMEND CAPTION** with the Clerk of Court using the CM/ECF system and electronically mailed a copy to the following:

| | |
|---|---|
| Kevin Mehr<br>Tyler Jolly<br>Mehr Jolly, P.L.L.C<br>9996 W. US. Highway 50, Unit 1090<br>Salida, CO 81201<br>Tyler@jollylawcolorado.com<br>Kevin.Mehr@mehrjolly.com<br>*Co-Counsel for Plaintiff* | Andrew D. Ringel<br>Kevin McCaffrey<br>Hall & Evans, L.L.C.<br>1001 17th Street, Suite 300<br>Denver, Colorado 80202<br>ringela@hallevans.com<br>*Counsel for Defendant Rhiannon Adams* |
| Jason Kosloski<br>Kosloski, PLLC<br>1401 Lawrence Street<br>Denver, CO 80202<br>Jkosloski@kosloskilaw.com<br>*Co-Counsel for Plaintiff* | |

                                                   */s/ Mariel Juniper*
                                                   Legal Secretary