IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02880-GPG-MDB

LILA WEBB,

      Plaintiff,

v.

OFFICER CARA MCGEENEY, in her individual capacity, and
COMMUNITY PAROLE OFFICER RHIANNON ADAMS, in her individual capacity,

      Defendants.

---

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

---

Kevin P. McCaffrey, Esq., of Hall & Evans, L.L.C.,, as counsel for Defendant Rhiannon Adams ("Defendant") hereby moves to withdraw as counsel in this action pursuant to D.C.COLO.LAttyR 5(b). In support of this motion, counsel states as follows:

### CERTIFICATE OF CONFERRAL

This Motion for Withdrawal is exempt from the duty to confer under D.C.COLO.LCivR 7.1(b)(4).

1. Certificate Pursuant to D.C.COLO.LCivR 7.1: Because this motion is brought pursuant to D.C.COLO.LAttyR 5(b), conferral is not required. See D.C.COLO.LCivR 7.1(b)(4).

2. Kevin P. McCaffrey, Esq., will be leaving his employment with Hall & Evans, LLC effective March 27, 2026. Therefore, good cause exists to allow Mr. McCaffrey to withdraw as counsel in this matter consistent with D.C.COLO.LCivR 5(b).

3. Attorney Andrew D. Ringel of the law firm of Hall & Evans, LLC will continue to represent the Defendant in this action as counsel of record.

4. No parties will be prejudiced by the withdrawal of undersigned counsel, and no delay will be caused by the Court's granting of the relief sought in this Motion because Attorney Ringel will continue to represent the Defendants in this matter.

5. Advisement pursuant to D.C.COLO.LAttyR 5(b): The Defendants have been provided with notice of this Motion, which includes this advisement regarding their responsibility to comply with all orders and time limitations established by any applicable rules, via service by the CM/ECF system to their counsel of record, Attorney Ringel, who will continue to comply with this responsibility on their behalf.

6. Wherefore, for good cause shown, Kevin McCaffrey respectfully requests that this Court enter an Order permitting his withdrawal as counsel of record for Defendant Rhiannon Adams in this action and asks that he be removed from all mailing/service lists in this matter.

Dated this 25th day of March, 2026.

Respectfully submitted,

s/ Kevin McCaffrey
Andrew D. Ringel, Esq.
Kevin McCaffrey
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
Tel:  (303) 628-3300
Fax:  (303) 628-3368
ringela@hallevans.com

**ATTORNEY FOR DEFENDANT
RHIANNON ADAMS**

2

<u>**CERTIFICATE OF SERVICE (CM/ECF)**</u>

I hereby certify that on this 25th day of March, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served on the below-listed persons via email:

Kevin A. Mehr, Esq.
kevin.mehr@mehrlawcolorado.com

Jason M. Kosloski, Esq.
jkosloski@koslowskilaw.com

Tyler A. Jolly, Esq.
tyler@jollylawcolorado.com

Eric M. Ziporin, Esq.
eziporin@sgrllc.com

Amy E.B. Adams, Esq.
amy.adams@coag.gov

Joshua G. Urguhart, Esq.
joshua.urquhart@coag.gov

s/ Tiffany Lewis
Legal Assistant
Hall & Evans, L.L.C.

3