**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-02880-GPG-MDB

LILA WEBB

       Plaintiff,

v.

OFFICER CARA MCGEENEY, in her individual capacity; CITY OF CANON CITY;
COMMUNITY PAROLE OFFICER RHIANNON ADAMS, in her individual capacity

       Defendants.

---

**STIPULATION FOR DISMISSAL
OF INDIVIDUAL DEFENDANT**

---

The Parties, through undersigned counsel, hereby stipulate and agree to the following pursuant to Fed.R.Civ.P. 41(a)(2):

1.      Plaintiff and Defendant McGeeney have reached a resolution of this case.

2.      Plaintiff stipulates and agrees to the dismissal of all remaining claims for relief against Defendant McGeeney, with prejudice.

3.      The Court may enter an Order of Dismissal of all claims asserted against Defendant McGeeney with prejudice, without further action from the parties.

4.      Plaintiff and Defendant McGeeney agree that each party will be responsible for their own attorney fees and costs.

**WHEREFORE**, the parties respectfully request the Court enter an Order dismissing all claims against Defendant McGeeney with prejudice, leaving the City of Canon City as the only Canon City Defendant in this matter.

Respectfully submitted this 2nd day of March, 2026.

*s/ Eric M. Ziporin*
Eric M. Ziporin, # 30133
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
(303) 320-0509
eziporin@sgrllc.com
*Counsel for Defendant Cara McGeeney*

*s/ Tyler Jolly*
Tyler Jolly
Kevin Mehr
Mehr Jolly, P.L.L.C
9996 W. US. Highway 50, Unit 1090
Salida, CO 81201
Tyler@jollylawcolorado.com
Kevin.Mehr@mehrjolly.com
*Co-Counsel for Plaintiff*

*s/ Jason Kosloski*
Jason Kosloski
Kosloski, PLLC
1401 Lawrence Street
Denver, CO 80202
Jkosloski@koslskilaw.com
*Co-Counsel for Plaintiff*

2