# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-2880

LILA WEBB,

     Plaintiff,

     v.

OFFICER CARA MCGEENEY, in her individual capacity;

COMMUNITY PAROLE OFFICER RHIANNON ADAMS, in her individual capacity,

     Defendants.

---

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

---

Counsel for Plaintiff respectfully requests this Court grant leave for the Plaintiff to file an amended complaint in this matter.  Plaintiff and Counsel for Defendant McGeeney have conferred and agreed to the filing of an amended complaint listing the City of Canon City, Colorado as a defendant and the dismissal of Defendant McGeeney.

WHEREFORE, the parties respectfully request that the Court grant leave for the filing of an amended complaint naming the City of Canon City, Colorado as a defendant in this matter.

Dated this 6th day of May, 2026.

Respectfully Submitted by Attorneys for Plaintiff:

**MEHR JOLLY, P.L.L.C.**

 **/s/ Kevin Mehr**

Kevin Mehr, #49108
Mehr Jolly, P.L.L.C.
9996 W U.S. Highway 50, Unit 1090
Salida, CO 81201
Phone: 719-315-4606
Kevin.Mehr@mehrjolly.com

 **/s/ Tyler A. Jolly**

Tyler A. Jolly, #52361
Mehr Jolly, P.L.L.C.
9996 W U.S. Highway 50, Unit 1090
Salida, CO 81201
Phone: 719-429-7359
Tyler@jollylawcolorado.com


**KOSLOSKI LAW, PLLC**

 **/s/ Jason Kosloski**

Jason Kosloski, #50214
Kosloski, PLLC
1401 Lawrence Street
Denver, CO 80202
Phone: 720-605-6487
Jkosloski@koskoskilaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of May, 2026, I electronically filed a true and correct copy of the above and foregoing MOTION FOR LEAVE TO FILE AMENDED COMPLAINT with the Clerk of Court using the CM/ECF system and electronically mailed a copy to the following:

Andrew D. Ringel
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
ringela@hallevans.com
Counsel for Defendant Rhiannon Adams


Eric M. Ziporin
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
eziporin@sgrllc.com
Counsel for Defendant McGeeney and City of Canon City