**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-02880-GPG-MDB

LILA WEBB

      Plaintiff,

v.

CITY OF CANON CITY; COMMUNITY PAROLE OFFICER RHIANNON ADAMS, in her
individual capacity

      Defendants.

---

**STIPULATION FOR DISMISSAL
WITH PREJUDICE**

---

Plaintiff and the City of Canon City, through undersigned counsel, hereby stipulate and agree to the following pursuant to Fed.R.Civ.P. 41(a)(2):

1.      Plaintiff and City of Canon City have reached a resolution of this case.

2.      Plaintiff stipulates and agrees to the dismissal of all remaining claims for relief against the City of Canon City.

3.      The Court may enter an Order of Dismissal of all claims against the City of Canon City with prejudice, without further action from these parties.

4.      Plaintiff and the City of Canon City agree that they will be responsible for their own attorney fees and costs.

**WHEREFORE**, the Plaintiff and the City of Canon City respectfully request the Court enter an Order dismissing all remaining claims against the City of Canon City with prejudice.

Respectfully submitted this 11th day of May, 2026.

*s/ Eric M. Ziporin*
Eric M. Ziporin, # 30133
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
(303) 320-0509
eziporin@sgrllc.com
*Counsel for Defendant Cara McGeeney*

*s/ Tyler Jolly*
Tyler Jolly
Kevin Mehr
Mehr Jolly, P.L.L.C
9996 W. US. Highway 50, Unit 1090
Salida, CO 81201
Tyler@jollylawcolorado.com
Kevin.Mehr@mehrjolly.com
*Co-Counsel for Plaintiff*

*s/ Jason Kosloski*
Jason Kosloski
Kosloski, PLLC
1401 Lawrence Street
Denver, CO 80202
Jkosloski@kosloskilaw.com
*Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of May, 2026, I electronically filed a true and correct copy of the above and foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system:

Kevin Mehr
Tyler Jolly
Mehr Jolly, P.L.L.C
9996 W. US. Highway 50, Unit 1090
Salida, CO 81201
Tyler@jollylawcolorado.com
Kevin.Mehr@mehrjolly.com
*Counsel for Plaintiff*

Jason Kosloski
Kosloski, PLLC
1401 Lawrence Street
Denver, CO 80202
Jkosloski@koskoskilaw.com
*Counsel for Plaintiff*

Andrew D. Ringel
Kevin McCaffrey
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
ringela@hallevans.com
*Counsel for Defendant Rhiannon Adams*

*/s/ Mariel Juniper*
Legal Secretary