IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02880-GPG-MDB

LILA WEBB,

   Plaintiff,

v.

COMMUNITY PAROLE OFFICER RHIANNON ADAMS, in her individual capacity,

   Defendant.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

Plaintiff Lila Webb and Defendant Rhiannon Adams, through their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal with prejudice of all of the Plaintiff's claims against the Defendant with prejudice with all parties to bear her own attorney's fees and costs.

Dated: May 28, 2026.

Respectfully submitted,


*/s/  Tyler Jolly*
Tyler Jolly, Esq.
Kevin Mehr, Esq.
Mehr Jolly, P.L.L.C.
9996 W. US Highway 50, Unit 1090
Salida, Colorado 81201
tyler@jollylawcolorado.com
kevin.mehr@mehrjolly.com

Jason Kosloski, Esq.
Koslowski, PLLC
1401 Lawrence Street
Denver, Colorado 80202
jkoslowski@koskoskilaw.com

*Attorneys for Plaintiff*


*/s/  Andrew D. Ringel*
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
ringela@hallevans.com

*Attorneys for Defendant*

2

## **CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on this 28th day of May, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served on the below-listed persons via email:

Kevin A. Mehr, Esq.
kevin.mehr@mehrlawcolorado.com

Jason M. Kosloski, Esq.
jkosloski@koslowskilaw.com

Tyler A. Jolly, Esq.
tyler@jollylawcolorado.com

s/ Hannah Smith
Legal Assistant
Hall & Evans, L.L.C.